FILED '08 JAN 03 14:56 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

ALBERTO LOPEZ-OSCEGUERA,

        Petitioner,

v.                                                              Civil No.: 07-916-TC

CHARLES DANIELS,

        Respondent.

## FINDINGS AND RECOMMENDATION

Petitioner was ordered on December 6, 2007, to file petitioner's brief in support of Habeas Corpus petition by December 31, 2007. To date nothing has been filed.

This action should be dismissed for petitioner's failure to prosecute and failure to comply with a court order.

Dated: January 3, 2008.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION